UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MR. KENDRICK FELTON SHORTS          CIVIL ACTION

VERSUS          NO. 10-1980

NOPD, MR. SINGLETON          SECTION "C" (2)

## O R D E R

The court, having considered the complaint, the record, the applicable law, the

Report and Recommendation of the United States Magistrate Judge, and the plaintiff's

objection to the Magistrate Judge's Report and Recommendation, hereby approves the

Report and Recommendation of the United States Magistrate Judge and adopts it as its

opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is hereby **DISMISSED WITH**

**PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

New Orleans, Louisiana, this _25_ day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE